JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY V. FOLSOM,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>LELAND DUDEK, Acting Commissioner of Social Security,<br><br>　　　Defendant. | No. 2:24-cv-07637-PVC<br><br>JUDGMENT |

Having approved the parties' joint stipulation to voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, THE COURT ADJUDGES AND DECREES that judgment is entered for Plaintiff.

Date: 2/24/25

_____
HON. PEDRO V. CASTILLO
United States Magistrate Judge

-1-